DeRoos Bailey and J. E. Wyand, for appellant.
Smith C. Matson, Asst. Atty. Gen., for appellee

PER CURIAM. This is a companion case to No. A-515, J. C. Collins v. State, decided at this term, and for the reasons therein given this cause is reversed and remanded, with directions to the court below to grant the appellant a new trial.

---

GEORGE LEDGERWOOD v. STATE.

No. A-431.   Opinion Filed March 21, 1911.

Appeal from Comanche County Court; James H. Wolverton, Judge.

Appellant was convicted in the county court of Comanche county on a charge of violating the prohibitory law, and he appeals. Affirmed.

Hamon & Ellis, for appellant.
Fred S. Caldwell, for appellee.

PER CURIAM. The case-made in this case was not filed in the county court of Comanche county and is therefore stricken from the record. Counsel for appellant urge no errors as disclosed by the transcript, and finding none depriving the appellant of a substantial right, the judgment of the court be'ow is affirmed.

---

GEORGE LEDGERWOOD v. STATE.

No. A-432.   Opinion Filed March 21, 1911.

Appeal from Comanche County Court; James H. Wolverton, 'udge.

Appellant was convicted in the county court of Comanche county on a charge of violating the prohibitory law, and appeals. Affirmed.

Hamon & Ellis, for appellant.
Fred S. Caldwell, for appellee.

PER CURIAM. The case-made in this case was not filed in the county court of Comanche county and is therefore stricken from the record. Counsel for appellant urge no errors as disclosed by the transcript, and finding none depriving the appellant of a substant'al right, the judgment of the court below is affirmed.